IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:01-CR-126-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RYAN EDWIN HEADDEN | ) | |

This matter is before the court on the Government's Response in Opposition to Petitioner's Motion for Sentence Reduction [DE-232]. Given the representations in the government's response, the defendant should be given an opportunity to reply. Therefore, the defendant shall have until January 27, 2016, to reply to the government's response.

SO ORDERED.

This, the 13 day of January, 2016.

JAMES C. FOX
Senior United States District Judge